**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 12, 2013

Mr. Casper P. Connolly
Law Office
2735 Haley Road
White Lake, MI 48383

Ms. Christyn Monique Scott
Law Offices
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

Re:  Case No. 13-2522, *Lynn Connolly v. Deutsche Bank National Trust*
Originating Case No. : 2:12-cv-12517

Dear Counsel,

This appeal has been docketed as case number **13-2522** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 26, 2013**.

Appellant:   Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Transcript Order
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
                         Disclosure of Corporate Affiliations
                         Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                         Sincerely yours,

                                         s/Amy E. Gigliotti
                                         Case Manager
                                         Direct Dial No. 513-564-7012

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 13-2522

LYNN MARIE CONNOLLY

    Plaintiff - Appellant

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Certificate Holders for Quest Trust 2006-X2, Asset Backed Certificates, Series - X2

    Defendant - Appellee